UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

OPERATING ENGINEERS LOCAL
324 FRINGE BENEFIT FUNDS, et al.,

      Plaintiffs,

v.

A J'S MAINTENANCE &
SERVICES, LLC, et al.,

      Defendants.
_____/

Case No. 21-cv-12288
Hon. Matthew F. Leitman

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

            s/Matthew F. Leitman
            MATTHEW F. LEITMAN
            UNITED STATES DISTRICT JUDGE

Dated: December 16, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 16, 2021, by electronic means and/or ordinary mail.

            s/Holly A. Monda
            Case Manager
            (810) 341-9764